FILED 20 JUN '11 12:52 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

JENNIFER GILROY,

                Plaintiff,

v.                              Civil No.6:10-cv-06056-AA

EXPERIAN INFORMATION
SOLUTIONS, INC.

                Defendant,

## ORDER

Pursuant to the Plaintiff's Unopposed Motion to Dismiss, and the Court now being fully advised, it is hereby ordered that Plaintiff's Unopposed Motion to Dismiss this case is allowed with prejudice and without costs to any party.

Dated: June 17, 2011.

*Ann Aiken*
ANN AIKEN, Chief Judge
United States District Court

**ORDER - Page 1**